■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEL MUNOZ, Appellant. [993 NYS2d 911]—

Judgment, Supreme Court, Bronx County (Ethan Greenberg, J.), rendered August 27, 2012, convicting defendant, upon his plea of guilty, of disorderly conduct, and sentencing him to a conditional discharge, unanimously reversed, on the law, the plea vacated and the complaint dismissed in the interest of justice.

There is nothing in the record to indicate that defendant understood, and waived, any of his constitutional rights under *Boykin v Alabama* (395 US 238 [1969]). Defendant said nothing on the record during the proceedings, defense counsel simply stated that defendant wished to accept the plea and sentence offered by the People, and the court stated that the plea was accepted. The court did not ask any questions of defendant or defense counsel, including whether defendant had discussed with counsel the consequences of pleading guilty. Accordingly,

we find the plea to be defective (*see People v Tyrell*, 22 NY3d 359, 364 [2013]; *People v Harris*, 61 NY2d 9, 16-19 [1983]). Concur—Friedman, J.P., Sweeny, Acosta, Saxe and Manzanet-Daniels, JJ.